UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
NOV 2 7 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   vs.<br><br>DANIEL ALEJANDRO CARDENAS-RAYA<br>AKA JUAN CARLOS LUA-CARDENAS,<br><br>            Defendant. | CASE NO. 12CR4406-GT<br><br>**JUDGMENT OF DISMISSAL** |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**_X_**  an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___  the Court has dismissed the case for unnecessary delay; or

___  the Court has granted the motion of the Government for dismissal, without prejudice; or

___  the Court has granted the motion of the defendant for a judgment of acquittal; or

___  a jury has been waived, and the Court has found the defendant not guilty; or

___  the jury has returned its verdict, finding the defendant not guilty;

**_X_**  of the offense(s) as charged in the Indictment/Information:
8:1326 (a) and (b) - Removed Alien Found in the United States (Felony)

---

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/21/12

                                            Gordon Thompson, Jr.
                                            U.S. District Judge